# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**JOHN M. DOMURAD**  
Clerk

**DAN MCALLISTER**  
Chief Deputy

James T. Foley Courthouse  
445 Broadway, Room 509  
Albany, New York 12207  
(518) 257-1800

June 10, 2024

New York State Supreme Court  
Onondaga County  
Office of the Court Clerk  
505 South State St., Suite 110  
Syracuse, New York 13202

    RE: Ashley Blume v. Navient Corporation, et al.  
       NDNY Case No.: 5:23-cv-01159 (AMN/TWD)  
       Onondaga County Supreme Court Index No.: SU-2023-07454

Dear Sir or Madam:

 Enclosed please find a certified copy of the Memorandum-Decision and Order filed in the Northern District of New York on June 10, 2024, remanding this action to the New York State Supreme Court, Onondaga County, for any and all further proceedings. This certified order is being sent to your Court in accordance with Federal Rules of Civil Procedure 28 U.S.C. 1447(c). Also enclosed is a certified copy of the Docket Sheet in this matter.

 Please acknowledge receipt of the same by signing and dating the enclosed copy of this letter and returning it to the Clerk's Office in Albany, New York.

 If you have any questions, please do not hesitate to contact me.

 Thank you for your attention in this matter.

               Sincerely,  
               JOHN M. DOMURAD, CLERK

               s/Maria A. Blunt

               By: Maria A. Blunt  
               Courtroom Deputy to the  
               Honorable Anne M. Nardacci, U.S.D.J.

Enclosures

ACKNOWLEDGMENT: _____  DATE:_____